

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ermalinda Licon Ornelas and
Lee Roy Licon,

\* From the 358th District Court
of Ector County,
Trial Court No. D-16-12-1200-CV.

No. 11-19-00229-CV

\* September 12, 2019

Stanton Nursing & Rehabilitation, LP,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Ermalinda Licon Ornelas and Lee Roy Licon.